
FILED
John E. Triplett, Acting Clerk
United States District Court

*By MGarcia at 10:19 am, Aug 18, 2020*

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ROBERTO CARLOS RIVERA CASANOVA, | * * * | |
| Petitioner, | * * | CIVIL ACTION NO.: 5:20-cv-85 |
| v. | * * | |
| TRACY JOHNS, | * * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 3. Petitioner Roberto Casanova ("Casanova") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Casanova's 28 U.S.C. § 2241 Petition for failure to follow this Court's directive, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Casanova *in forma pauperis* status on

AO 72A
(Rev. 8/82)

appeal.

SO ORDERED, this \_\_\_17\_\_\_ day of \_\_\_August\_\_\_, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)